UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IMAD EL SAYED, ) | CASE NO. 1:14 CV 1718 |
| ) | |
| Petitioner, ) | |
| ) | JUDGE PATRICIA A. GAUGHAN |
| v. ) | |
| ) | |
| IMMIGRATION AND CUSTOMS ) | JUDGMENT ENTRY |
| ENFORCEMENT, ) | |
| ) | |
| Respondent. ) | |

This Court, having contemporaneously filed its Memorandum of Opinion in this case, hereby ORDERS that this action is dismissed. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

Dated: 1/7/15